Marquis & Aurbach
FRANK M. FLANSBURG III, ESQ.
Nevada Bar No. 6974
KEITH D. WILLIAMS, ESQ.
Nevada Bar No. 10796
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
fflansburg@marquisaurbach.com
kwilliams@marquisaurbach.com
   Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| M&H ENTERPRISES, INC. d/b/a MARTIN-HARRIS CONSTRUCTION, a Nevada corporation,<br><br>                Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a Domestic Insurance Company,<br><br>                Defendant. | Case No.:    2:10-cv-00049-PMP-LRL |

## STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF ADMIRAL INSURANCE COMPANY

It is hereby stipulated by and between the Plaintiff, M&H ENTERPRISES, INC. d/b/a MARTIN-HARRIS CONSTRUCTION ("Martin-Harris") through its attorneys, Frank M. Flansburg, III, Esq. and Keith D. Williams, Esq. of the law firm of Marquis & Aurbach, and Defendant ADMIRAL INSURANCE COMPANY ("Admiral"), through its attorney, Jeremiah Pendleton, Esq. of the law firm of Walsh McKean Furcolo LLP, that all claims against Admiral in the above entitled action shall be dismissed without prejudice.

///

///

Dated this 6th day of December, 2010.                    Dated this 6th day of December, 2010.

MARQUIS & AURBACH                                        WALSH MCKEAN FURCOLO LLP

By: /s/ Frank M. Flansburg III                           By: /s/ Jeremiah Pendleton
Frank M. Flansburg III, Esq.                             Jeremiah Pendleton, Esq.
Nevada Bar No. 6974                                      Nevada Bar No. 9148
Keith D. Williams, Esq.                                  1645 Village Center Circle, Suite 271
Nevada Bar No. 10796                                     Las Vegas, Nevada 89134
10001 Park Run Drive                                     Attorney for Defendant
Las Vegas, Nevada 89145
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

/s/ Philip M. Pro
_____
PHILIP M. PRO, U.S. DISTRICT JUDGE
DATED: 12/6/10